1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5
   Attorneys for Plaintiff
6  Janet Miriam Bridges

7

8

9

10

11

            UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

12  JANET MIRIAM BRIDGES,          )  Case No.: CV 16-1130 E
                                   )
13         Plaintiff,              )  [PROPOSED] ORDER AWARDING
                                   )  EQUAL ACCESS TO JUSTICE ACT
14    vs.                          )  ATTORNEY FEES AND EXPENSES
                                   )  PURSUANT TO 28 U.S.C. § 2412(d)
15  CAROLYN W. COLVIN, Acting      )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security, )  U.S.C. § 1920
16                                 )
           Defendant               )
17                                 )
                                   )
18  _____ )

19         Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21         IT IS ORDERED that fees and expenses in the amount of $3,900.00 as

22  authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

23  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

24  DATE: 2/14/17

25  _____
    THE HONORABLE CHARLES F. EICK
26  UNITED STATES MAGISTRATE JUDGE

                        -1-

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 4 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ *Young Cho*

4    _____
     Young Cho
5    Attorney for plaintiff Janet Miriam Bridges

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26